CENTER FOR DISABILITY ACCESS
Chris Carson, Esq., SBN 280048
Phyl Grace, Esq., SBN 171771
Dennis Price, Esq., SBN 279082
8033 Linda Vista Road Suite 200
San Diego CA 92111
(858) 375-7385; (888) 422-5191 fax
mark@potterhandy.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Shonna Counter**, <br><br> Plaintiff, <br><br> v. <br><br> **Blake Coolidge Holding Company, LLC**, a Delaware Limited Liability Company; <br> **UCLAGRAD90, LLC**, a California Limited Liability Company; and Does 1-10, <br><br> Defendants. | Case No. 2:19-cv-00850-JAK-GJS <br><br> **Notice of Attorney's Charging Lien** <br><br> Honorable John A. Kronstadt |

**TO THE COURT AND ALL PARTIES:**

The undersigned attorney, Mark Potter, former attorney for Plaintiff in the above-entitled case, files a notice of claim of a charging lien. Counsel has expended time on this matter and advanced costs of litigation and asserts a priority lien on any proceeds that may be obtained via agreement, judgment, settlement or otherwise. This interest extends to any interest involved in this proceeding, real or personal property, or monetary.

Under California law, an attorney may assert a charging lien on the proceeds of litigation. This lien is created at the time of execution of the retainer agreement, in this case on January 25, 2019. This lien was perfected by contract. *Fletcher v. Davis* (2004) 33 Cal.4th 61, 65. This lien has priority over any subsequent non-statutory lien or agreements and public policy supports preferential treatment to attorney liens. *Centenko v. United California Bank* (1982) 30 Cal.3d 528, 535.

Dated: March 19, 2020              CENTER FOR DISABILITY ACCESS

                                                           By:   */s/ Mark Potter*
                                                           Mark Potter
                                                           Attorney for Plaintiff